AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JAMES SCOTT VOROUS,

          Plaintiff,

          v.

WACHOVIA MORTGAGE, FSB,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-320-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff James Scott Vorous' Complaint is dismissed with prejudice. Judgment is entered in favor of Defendant Wachovia Mortgage.

December 6, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb